IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:12CR3075 |
| V. | ) | |
| DESHAWN MAURICE FLETCHER, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for copies (filing 45) is denied.

DATED this 23rd day of April, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge