# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:12CR3075 |
| V. | ) | |
| DESHAWN MAURICE FLETCHER, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the government shall file an answer and brief on or before December 17, 2015, regarding the defendant's motion under 28 U.S.C. § 2255 (filing no. 51). The defendant's motion in essence also includes a brief.

DATED this 16th day of November, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge