# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:12CR3075 |
| V. | ) | |
| DESHAWN MAURICE FLETCHER, | ) | ORDER |
| Defendant. | ) | |

Pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts,

IT IS ORDERED that on or before Monday, January 4, 2016, Mr. Fletcher may submit a reply and brief. If Fletcher elects to do so, he should address the following question:

> Aren't Fletcher's convictions for terroristic threats "crimes of violence" under the "force" language of 18 U.S.C. § 924(e)(2)(b)(i) and therefore not covered by *Johnson v. United States*, 135 S.Ct. 2551 (June 26, 2015) that dealt only with the "residual clause" of 18 U.S.C. § 924(e)(2)(b)(ii)?

DATED this 17th day of December, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge