IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:12CR3075 |
| v. | ) | |
| DESHAWN MAURICE FLETCHER, | ) | **JUDGMENT** |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered in favor of the United States of America and against Deshawn Maurice Fletcher, providing that he shall take nothing and his Motion to Vacate (Filing No. 51) is denied and dismissed with prejudice. No certificate of appealability shall issue.

DATED this 4th day of January, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge