# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:12CR3075 |
| V. | ) | |
| DESHAWN MAURICE FLETCHER, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's application for certificate of appealability (filing no. 63) is denied.

DATED this 21st day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge