# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:12CR3075 |
| v. | ) | |
| DESHAWN MAURICE FLETCHER, | ) | ORDER |
| Defendant. | ) | |

The Clerk of Court forwarded to the undersigned a letter from the defendant dated March 6, 2017.

IT IS ORDERED that:

(1) The Clerk of Court shall file the defendant's letter as a miscellaneous document.

(2) The Clerk of Court shall provide Assistant Federal Public Defender Michael J. Hansen with a copy of the defendant's letter.

DATED this 16th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge