IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DESHAWN MAURICE FLETCHER,

Defendant.

8:12CR3075

MEMORANDUM
AND ORDER

The Defendant has filed a Motion for Compassionate Release (Filing 89). There is no dispute that he has exhausted his administrative remedies with the Bureau of Prisons. *See* 18 U.S.C. § 3582(c)(1)(A)(i).

After review of the factors enumerated in 18 U.S.C. § 3553(a); Defendant's administrative and medical records (Filings 90, 93, 102); the probation officer's report after investigation of this matter (Filing 94); the parties' thorough and well-written briefs (Filings 89, 98, 101); and counsel's cogent arguments presented during the July 12, 2022, hearing on Defendant's Motion, I conclude that Defendant's Motion for Compassionate Release must be denied for the reasons clearly articulated by the government (Filing 98). Even ignoring the government's arguments, I would not grant compassionate release to this Defendant given his sexual perversions directed toward a physician who was attempting to diagnose and treat his alleged medical condition on July 15, 2020.[1]

---

[1] According to the BOP Offender Release Report, Defendant was subject to a disciplinary report in 2020 for Engaging in Sexual Acts. This resulted from a July 15, 2020, medical examination during which Defendant insisted that a physician conduct an evaluation of his groin area to check a bump on his penis. Upon completion of the medical evaluation, Defendant was advised the area looked normal and there was no need for treatment. Following the initial exam, Defendant reported his "scrotal sac" was tightening up, and he insisted the physician feel his "scrotal

IT IS ORDERED that Defendant's Motion for Compassionate Release (Filing 89) is denied.

DATED this 13th day of July, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

sac." During this exam, Defendant began stroking his penile shaft with his right-hand fingers stating, "you gotta feel how firm this is doc!" The physician directed Defendant to leave the exam room and noted on the clinical-encounter report that Defendant exhibited "sexually predatory behavior today." (Filing 93, BOP Health Services Clinical Encounter Report, at CM/ECF p. 60.)